FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 OCT 24 PM 12: 20

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

FRANKLIN BAKER,

    Petitioner,

vs.    Case No. 2:07-cv-670-FtM-34SPC

SECRETARY, DOC; FLORIDA ATTORNEY GENERAL,

    Respondents.

_____

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of Petitioner's Petition for Writ of Habeas Corpus (Doc. #1, Petition) filed pursuant to 28 U.S.C. § 2254 on October 17, 2007. Petitioner did not accompany his Petition with either the requisite $5.00 filing fee or a motion to proceed *in forma pauperis*.

Petitioner challenges his "July 5, 1995,"[2] judgment of conviction entered in Lee County, Florida. Petition at 1. Petitioner is currently serving a forty-year sentence for "RICO conspiracy and five counts of sales [sic] and delivery of a controlled substance." Id. The Court notes that on April 12,

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

[2] According to the Florida Department of Correction's website, this date, referenced by Petitioner, is in fact the date of his sentencing, not the date the state court entered judgment. See. www.dc.state.fl.us

2000, Petitioner filed a Petition for Writ of Habeas Corpus in the United States District Court for the Middle District of Florida, Jacksonville Division, which was transferred to this Court. See Case No. 2:00-cv-152-29SPC. The prior Petition challenged the same judgment and sentence identified in the instant Petition. See Order of Denial at Doc. #24, p. 4. On September 30, 2004, this Court entered an Opinion and Order denying the Petition, and judgment was entered the following day. Id.

Based on the foregoing, it appears that the instant Petition is a successive Petition. Before a second or successive habeas corpus application is filed in this Court, Petitioner is required to move in the United States Court of Appeals for the Eleventh Circuit for an order authorizing the district court to consider the application. See 28 U.S.C. § 2244(b)(3)(A). For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. See 28 U.S.C. § 2244(d).

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

**DONE AND ORDERED** in Fort Myers, Florida, on this 24th day of October, 2007.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record